IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 5:24-CR-26-MTT-CHW |
| NAIMILKUMAR DADAWALA, | * |
| Defendant. | * |

### O R D E R

Pursuant to an Appearance Bond dated February 28, 2024, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00.  The conditions of the Appearance Bond have now been met, and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Tushar Patel

**SO ORDERED**, this 6th day of February, 2025.

S/ Marc T. Treadwell

_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT